UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZHI MING ZHANG,
Petitioner,

-v-

KENNETH GENALO, *et al.*,
Respondents.

25-CV-8772 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Respondents have not established that Petitioner was in the Eastern District of New York ("EDNY") at 8:59 a.m. on October 23, 2025. First, in their letters to this Court and in the Declaration of Rocco Kish dated November 6, 2025, Respondents incorrectly state that Petitioner's EDNY sentencing took place on October 23, 2025. (*See, e.g.*, ECF No. 15 ¶ 30; ECF No. 19 at 13; ECF No. 22 at 3.) But Petitioner's EDNY sentencing took place on October 22, 2025, as is clear from the EDNY docket. (*See* 18-CR-419 (E.D.N.Y.), Minute Entry on October 22, 2025.) Second, Respondents' most recent letter states that "[a]fter Zhang's sentencing hearing in the Eastern District of New York, on October 23, 2025 at approximately 10:46 a.m., USMS returned Zhang from MDC Brooklyn to ICE custody, and ICE transported him to the Elizabeth Contract Detention Facility in Elizabeth, New Jersey." (ECF No. 22 at 1.) However, the cited declaration references no specific time (*see* ECF No. 15 ¶ 31), and it is unclear precisely what the "10:46 a.m." timestamp refers to and what evidence it is based on.

In contrast, Petitioner cites evidence that he was detained at 26 Federal Plaza in Manhattan from the morning to the late afternoon of October 23, 2025. (*See* ECF No. 24 at 1-2; ECF No. 24-2 at 4.) Moreover, "noncitizens arrested and detained by immigration authorities in

New York City are routinely processed at 26 Federal Plaza and then transferred to New Jersey for detention." *Khalil v. Joyce*, 771 F. Supp. 3d 268, 283 (S.D.N.Y. 2025).

By December 1, 2025, Respondents shall provide any additional evidence of where Petitioner was located at 8:59 a.m. on October 23, 2025, or their venue argument will be deemed forfeited.

SO ORDERED.

Dated: November 26, 2025
New York, New York

J. PAUL OETKEN
United States District Judge